|   |   |   |
|---|---|---|
| | JS-6 | **FILED**<br>CLERK, U.S. DISTRICT COURT<br>December 27, 2018<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: ___VPC___ DEPUTY |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WIDEX USA, INC., | Case No. 2:18-cv-06142(SJO)(MAA) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| DOBRIK HEARING CARE, INC.; JOSEPH L. DOBRIK, an individual; and DOES 1-10, inclusive, | |
| Defendants. | |

Upon the November 9, 2018 Order of Judge S. James Otero granting Plaintiff Widex USA, Inc. judgement against defendants Dobrik Hearing Care, Inc. and Joseph L. Dobrik, jointly and severally, in the amount of $301,844.39, inclusive of pre-judgment interest and reasonable attorneys, and upon all pleadings and proceedings heretofore had herein, it is

**ORDERED, ADJUDGED AND DECREED** that Plaintiff Widex USA, Inc., with offices located at 185 Commerce Drive, Hauppauge, New York, 11788, has judgement and does recover from defendants Dobrik Hearing Care, Inc., with offices located at 440 South Brea Blvd., Brea, California 92821 and Joseph Dobrik., residing at 7001 East Scenic Circle, Anaheim, California 92807, jointly and severally, in the amount of $301,844.39.

December 27, 2018.

*S. James Otero*

HONORABLE S. JAMES OTERO